otherwise, the petition would have been dismissed instead of the court denying relief, as was done.

In the Matter of JAMES V. KING et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York et al., Respondents.— Order affirmed, without costs. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

In the Matter of JOSEPH F. RUGGIERI, Appellant, against HARRY AARON et al., Respondents.— Order, insofar as appealed from, affirmed, without costs. While the appealability of the order may be subject to question, examination of the record does not establish that the findings of the Special Term are against the weight of the evidence. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

### (September 22, 1944.)

In the Matter of JAMES V. KING et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 834.] The issues involved are academic inasmuch as many thousands of war ballots have been forwarded to soldier voters and time will not permit the printing and forwarding of new ballots, which must be uniform for the entire electorate. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

### (September 28, 1944.)

HARRY R. KRAUSE, Respondent, v. 1314 AVENUE K REALTY CO., INC., Appellant, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See *ante*, p. 829.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

## THIRD DEPARTMENT, SEPTEMBER, 1944.
### (September 13, 1944.)

In the Matter of the Claim of HUMBERT J. CAMPANA, Respondent, against PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. [See 267 App. Div. 1007.] All concur.

ROBERT NEATON, Appellant, v. LEWIS APPAREL STORES, INC., et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, which question is hereby certified as follows: Does the complaint state facts sufficient to constitute a cause of action? [See 267 App. Div. 728.] All concur.

In the Matter of the Liquidation of NORTHERN BANK OF NEW YORK. HENRY D. HOLDEN, as Administrator with the Will Annexed of the Estate of GEORGE D. EIGHMIE, Deceased, Appellant; COMPTROLLER OF THE STATE OF NEW YORK et al., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. [See 267 App. Div. 659.] All concur.